JOSEPH WIGGINS, THOMAS EMERSON, JOSEPH EMERSON AND
WILLIAM LITTLE, MERCHANTS TRADING UNDER
THE FIRM OF WIGGINS, EMERSON & LITTLE

v.

JACOB SMITH

1811

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . *Journal, infra*, \*p. 343
2. Special bail . . . . . . . . . . . . . . " 350
3. Rule to plead . . . . . . . . . . . . " 355

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . . . . .